DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YENDE FRANCIS,**
Appellant,

v.

**IAN ZEEK PARETS,**
Appellees.

No. 4D22-475

[October 20, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE21-000006.

Yende Francis, Pembroke Pines, pro se.

Carla P. Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***